**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: All Cases. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**MOTION FOR ISSUANCE OF REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE IN SWITZERLAND & FRANCE**

PLEASE TAKE NOTICE that the undersigned attorneys for the plaintiff

SKATTEFORVALTNINGEN ("SKAT"), the Customs and Tax Administration of the Kingdom

of Denmark, will apply before the Honorable Lewis A. Kaplan of the Southern District of New

York at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York,

New York, 10007, at a time and date to be determined by the Court, for the issuance of Requests

for International Judicial Assistance Pursuant to the Hague Convention on the Taking of

Evidence Abroad in Civil and Commercial Matters and 28 U.S.C. § 1781(b)(2).  In support of

this motion, SKAT relies upon the accompanying Memorandum of Law and Declaration of Neil

J. Oxford dated October 12, 2020 and the exhibits attached thereto.

2

Dated: New York, New York
     October 12, 2020

                               HUGHES HUBBARD & REED LLP

                               By:____/s/ Neil J. Oxford_____
                                   William R. Maguire
                                   Marc A. Weinstein
                                   Neil J. Oxford
                                   Dustin P. Smith
                               One Battery Park Plaza
                               New York, New York 10004-1482
                               Telephone: (212) 837-6000
                               Fax:  (212) 422-4726
                               bill.maguire@hugheshubbard.com
                               marc.weinstein@hugheshubbard.com
                               neil.oxford@hugheshubbard.com
                               dustin.smith@hugheshubbard.com

                               *Counsel for Plaintiff Skatteforvaltningen*
                               *(Customs and Tax Administration of the*
                               *Kingdom of Denmark)*

2